[No. 5882-1. Division One. October 30, 1978.]

*In the Matter of the Welfare of* ANTOINE ISON PRESCOTT.

Appeal from a judgment of the Superior Court for King County, No. J-78926, T. Patrick Corbett, J., entered July 29, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by James and Ringold, JJ.

[No. 5927-1. Division One. October 30, 1978.]

THOMAS E. RUTLEDGE, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 829387, David W. Soukup, J., entered September 28, 1977. *Dismissed* by unpublished per curiam opinion.

[No. 6033-1. Division One. October 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CLEVELAND BENJAMIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76113, Norman W. Quinn, J., entered September 27, 1977. *Dismissed* by unpublished opinion per Farris, C.J., concurred in by James and Ringold, JJ.

[No. 6133-1. Division One. October 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN SINCLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80246, Warren Chan, J., entered December 2, 1977. *Reversed* by unpublished per curiam opinion.